CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07-cv-03803

Howland v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Sim Lake
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 11/13/2007
Date Terminated: 01/07/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Katrina Ann Howland** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
Harrison Bettis et al
500 Dallas Street
Ste 2600
Houston, Tx 77002
713-843-7900
Fax: 713-843-7901
Email:
mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 11/13/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3214739) filed by Katrina Ann Howland. (Attachments: # 1 Civil Cover Sheet Howland, Katrina Ann)(Alexander, David) (Entered: 11/13/2007) |
| 11/14/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 3/7/2008 at 03:00 PM in Courtroom 9B before Judge Sim Lake.( Signed by Judge Sim Lake ) Parties notified.(mmapps, ) (Entered: 11/14/2007) |
| 11/28/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by Katrina A. Howland, filed.(Alexander, David) (Entered: 11/28/2007) |
| 12/07/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc., filed.(kettac, ) (Entered: 12/07/2007) |
| 12/19/2007 | 4 | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by Davol, Inc., C. R. Bard, Inc., filed. Motion Docket Date 1/8/2008. (Attachments: # 1 Exhibit 1# 2 Proposed Order Unopposed Motion to Stay)(McFarland, D) (Entered: 12/19/2007) |
| 12/19/2007 | 6 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 12/10/2007, answer due 12/31/2007, filed.(mmapps, ) (Entered: 12/20/2007) |
| 12/19/2007 | 7 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 12/10/2007, answer due 12/31/2007, filed.(ltrevino, ) (Entered: 12/20/2007) |
| 12/20/2007 | 5 | ORDER STAYING CASE granting 4 Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL*.( Signed by Judge Sim Lake ) Parties notified.(hcarr, ) (Entered: 12/20/2007) |
| 12/20/2007 | | ***Deadlines terminated. (hcarr, ) (Entered: 12/20/2007) |
| 01/07/2008 | 8 | JPML CONDITIONAL TRANSFER ORDER (CTO-11) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. Case terminated on 1/7/2008.(bthomas, ) (Entered: 01/09/2008) |
| 01/07/2008 | | Interdistrict transfer to District of Rhode Island. Certified copy of transfer order, certified docket sheet, and complaint sent by email, filed. (bthomas, ) (Entered: 01/09/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/11/2008 10:02:26 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-03803 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |